AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 07mj8822

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JAVIER MACHORRO-GARCIA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/9/2007 | /s/ KRIS J. KRAUS |
| Date | Signature |
| | Kris J. Kraus / Federal Defenders of SD — 233699 |
| | Print Name / Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City / State / Zip Code |
| | (619) 234-8467 / (619) 687-2666 |
| | Phone Number / Fax Number |