## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


Dated:  October 9, 2007                     /s/  Kris Kraus
                                                                                                        KRIS KRAUS
                                                                                                        Federal Defenders
                                                                                                        225 Broadway, Suite 900
                                                                                                        San Diego, CA 92101-5030
                                                                                                        (619) 234-8467  (tel)
                                                                                  (619) 687-2666  (fax)
                                                                                  e-mail: kris_kraus@fd.org