

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                             )
            Plaintiff        )     CRIMINAL NO. _07MJ8842_
                             )
                             )            ORDER
        vs.                  )
                             )   RELEASING MATERIAL WITNESS
_Javier Machado-Garcia, Et al_ )
                             )   Booking No.  878·726
            Defendant(s)     )
_____)

On order of the United States District/Magistrate Judge.   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

_Delia Navor-Fuentes_
_01625-298_
_@ ICJ_

DATED: _10|16|07_

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
              DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _Jessica Alvarez, Pjmvld_

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                ☆ U.S. GPO: 2003-581-774/70082