FILED
OCT 16 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                               )<br>            Plaintiff,         )<br>                               )<br>     v.                        )<br>                               )<br>JAVIER MACHORRO-GARCIA (1),    )<br>RAUL GARCIA-VELEZ (2),         )<br>CHRISTIAN LOZANO-COUTINO (3),  )<br>                               )<br>            Defendants.        )<br>_____) | Criminal Case No. 07CR 2869-W<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about September 27, 2007, within the Southern District of California, defendants JAVIER MACHORRO-GARCIA, RAUL GARCIA-VELEZ and CHRISTIAN LOZANO-COUTINO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Fernando De La Rosa-Perez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: October 16, 2007.

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:Imperial
10/16/07