1    KAREN P. HEWITT
     United States Attorney
2    DALE BLANKENSHIP
     Assistant U.S. Attorney
3    California State Bar No. 235960
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-6199
     Facsimile: (619) 235-2757
6    Email: dale.blankenship@usdoj.gov

7    Attorneys for Plaintiff
     United States of America

8

9            UNITED STATES DISTRICT COURT

10         SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | Criminal Case No. 07cr2869-W |
| 12            Plaintiff, | ) ) | |
| 13      v. | ) ) | NOTICE OF APPEARANCE |
| 14 Javier Machorro-Garcia (1), | ) ) | |
| 15 Raul Garcia-Velez (2), Christian Lozano-Coutino (3), | ) ) ) | |
| 16            Defendants. | ) | |

17

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18

19      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

20      I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized

22 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23 counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24 activity in this case:

25      <u>Name</u> (If none, enter "None" below)

26      Dale Blankenship

27

28

1

2        Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

3   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

4   "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

5   association):

6        <u>Name</u> (If none, enter "None" below)

7        None

8        Please call me if you have any questions about this notice.

9        DATED:   November 20, 2007.

10                                                    Respectfully submitted,

11                                                    KAREN P. HEWITT
                                                      United States Attorney

12                                                    s/ Dale Blankenship
                                                      _____
13                                                    DALE BLANKENSHIP
                                                      Assistant United States Attorney
14                                                    Attorneys for Plaintiff
                                                      United States of America

15

16

17

18

19

20

21

22

23

24

25

26

27

28